NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
PAUL G. STERN
Assistant United States Attorney
Senior Trial Attorney
(Cal. State Bar No. 162734)
Environmental and Community Safety Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0715
    Facsimile: (213) 894-6269
    E-mail: paul.stern@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MANDATORY CHAMBERS COPY**

E-FILED
NOV 1 2 2019
Document #

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JANETH BREWER,<br><br>    Defendant. | CV 19-05408-PSG<br><br>[CR 11-00762-PSG]<br><br>[PROPOSED] ORDER |

GOOD CAUSE being shown, and based upon the parties' agreement and upon their stipulation to the facts set forth in their joint filing, the Court hereby enters the following order:

1. Defendant/Petitioner JANETH BREWER's previously-entered guilty plea to conspiracy to commit loan fraud and wire fraud, and her conviction and sentence in United States v. Janeth Brewer, CR 11-762-PSG, are hereby set aside and vacated; and

2. Defendant/Petitioner JANETH BREWER shall be permitted to enter into a plea agreement to a new Information, charging her with misprision of a felony, in violation of 18 U.S.C. § 4, which the

Court will set for a change of plea hearing promptly after the new plea agreement and Information are filed.

IT IS SO ORDERED.

DATED: November 12, 2019

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE